156 A.3d 175

MIHAI PASNICU, PLAINTIFF–PETITIONER, v. TOM CLAUS, DEFENDANT–RESPONDENT.

November 9, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002069–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.